# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2013

## NO. 03-11-00351-CV

**Floyd Pleasant Tarvin IV, Appellant**

**v.**

**Texas Department of Criminal Justice, Appellee**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PUYREAR, GOODWIN AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's overruling of appellant's motion to reinstate: **IT IS THEREFORE** considered, adjudged and ordered that trial court's overruling of appellant's motion to reinstate is reversed, and that the cause is remanded with instructions that the trial court will hold a hearing on appellant's motion to reinstate as required by rule 165a of the rules of civil procedure. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.